# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

Case No. SACV08-00935DOC(RNBx)                    Date: October 8, 2008

Title: NASER DASH v. RITE AID CORPORATION

___

DOCKET ENTRY

[I hereby certify that this document was served by first class mail or Government messenger service, postage prepaid, to all counsel (or parties) at their respective most recent address of record in this action on this date.]

Date:_____   Deputy Clerk: _____

___

PRESENT:                    THE HONORABLE DAVID O. CARTER, JUDGE

         Kristee Hopkins                            Not Present
         Courtroom Clerk                           Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS: ATTORNEYS PRESENT FOR DEFENDANTS:

         NONE PRESENT                              NONE PRESENT

___

PROCEEDING (IN CHAMBERS): ORDER TO SHOW CAUSE RE REMAND TO STATE COURT
                          AND CONTINUING SCHEDULING CONFERENCE

On August 18, 2008 this action was removed to this Court pursuant to 28 U.S.C. § 1441(b) and 1446(b).  However, removal appears to be improper for the reasons:

Removal is on the basis of diversity jurisdiction pursuant to 28 U.S.C. § 1332 but the matter in controversy does not appear to exceed $75,000.

Accordingly, the Court orders Defendant(s) to show cause in writing by **October 22, 2008** why this action should not be remanded.  Plaintiff(s) may submit a response in the same time period.

The Scheduling Conference presently set October 20, 2008 is **CONTINUED to November 10, 2008 at 8:30 a.m.**

The Clerk shall serve this minute order on all parties to the action.

MINUTES FORM 11 DOC                         Initials of Deputy Clerk _kh__
CIVIL - GEN                                 Page 1 of 1