JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NANER DANESH** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>**RITE AID CORPORATION,** )<br>)<br>Defendant. )<br>)<br>)<br>)<br>_____ ) | **CASE NO.** SA CV08-0935-DOC(RNBx)<br><br>**ORDER DISMISSING CASE WITH PREJUDICE** |

Pursuant to the parties' stipulation, the Court hereby dismisses this case in its entirety, including all claims and causes of action, with prejudice, each party to bear its own attorneys fees and costs.

**IT IS SO ORDERED.**

DATED: April 29, 2009

*David O. Carter*
_____
DAVID O. CARTER
United States District Judge